- 5 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATHANIEL CLARK, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 1:22-CV-02748-CAP-RDC |
| v. ) | |
| ) | |
| CITY OF FOREST PARK, GA; ) | |
| LATRESA AKINS-WELLS, *in her* ) | |
| *individual capacity* ) | |
| ) | |
| Defendants. ) | |

## **CONSENT ORDER**

Upon consent of the Parties, Defendant City of Forest Park, GA, has moved to extend the time to file a reply in support of its motion to dismiss. (Doc. __). This is the City's first request for an extension of time, and Plaintiff does not object to the extension. Upon consideration and for good cause shown, the motion is GRANTED. The City shall file its reply on or before August 24, 2022.

SO ORDERED this _____ day of _____, 2022.

_____
REGINA D. CANNON
UNITED STATES MAGISTRATE JUDGE