IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATHANIEL CLARK, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 1:22-CV-02748-CAP-RDC |
| v. ) | |
| ) | |
| CITY OF FOREST PARK, GA; ) | |
| LATRESA AKINS-WELLS, *in her* ) | |
| *individual capacity* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on defendants' motion to stay all discovery, including pre-discovery deadlines, in this case pending resolution of their separate motions to dismiss. Upon consideration, and for good cause shown, defendants' motion is **GRANTED**. All discovery in this case, including pre-discovery deadlines, are hereby **STAYED** pending final resolution of defendants' motions to dismiss. (Docs. 8–10.)

In the event defendants' motions to dismiss are not granted in their entirety, the deadlines for the Rule 26(f) conference, the submission of the joint preliminary report and discovery plan, and initial disclosures shall be as follows:

- Rule 26(f) conference within **sixteen (16) days** after the Court's ruling on both defendants' motions to dismiss; and

- Joint preliminary report and discovery plan within **thirty (30) days** after the Court's ruling on both defendants' motions to dismiss; and

- Initial disclosures within **thirty (30) days** after the Court's ruling on both defendants' motions to dismiss.

**SO ORDERED**, this \_\_\_\_ day of September, 2022.

_____
REGINA D. CANNON
UNITED STATES MAGISTRATE JUDGE