IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NATHANIEL CLARK,

    Plaintiff,

v.

CITY OF FOREST PARK, GA; and
LATRESA AKINS-WELLS,

    Defendants.

CIVIL ACTION NO.
1:22-cv-02748-CAP-RDC

## **ORDER**

This matter is before the Court *sua sponte*. This action was removed to this Court on July 13, 2022. (*See* Docs. 1–7). Defendants have since moved to dismiss Plaintiff's Second Amended Complaint, and Plaintiff has responded in opposition. (Docs. 8, 9, 12, 13). A review of the docket reveals that Plaintiff and Defendant Latresa Akins-Wells have not filed the required Certificates of Interested Persons ("CIP") upon first appearance. *See* LR 3.3, NDGa.; *see also* LR 83.1(D). The CIP enables the judges of this Court to evaluate possible disqualification or recusal.

Accordingly, counsel for Plaintiff and counsel for Defendant Latresa Akins-Wells are **DIRECTED** to file the required CIPs on or before **October 10, 2022**.

IT IS SO **ORDERED** on this 29th day of September 2022.

                                         REGINA D. CANNON
                                         United States Magistrate Judge