# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NATHANIEL CLARK, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> V. ) <br> ) <br> ) Civil Action No.: <br> CITY OF FOREST PARK, GA; ) 1:22-CV-02748-CAP-RDC <br> LATRESA AKINS-WELLS, in her ) <br> Individual capacity ) <br> ) <br> DEFENDANTS. ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1.  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    **Plaintiff Nathaniel Clark**

    **Defendant City of Forest Park, Georgia**

    **Defendant Latresa Akins-Wells**

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

1

having either a financial interest in, or other interest, which could be substantially affected by the outcome of this particular case:

**None**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff: Jackie R. Lee**

**For Defendant City of Forest Park, Georgia: Michael M. Hill, Shaheem M. Williams**

**For Defendant Latresa Akins-Wells: Karen Woodward**

Respectfully submitted, this 30th day of September, 2022.

*s/ Jackie Lee*
Jackie Lee
Georgia Bar No. 419196
LEE LAW FIRM, LLC
695 Pylant Street NE, Suite 105
Atlanta, Georgia 30306
Telephone: (404) 301-8973
jackie@leelawga.com

**COUNSEL FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATHANIEL CLARK, | ) |
| PLAINTIFF, | ) |
| V. | ) |
| | ) Civil Action No.: |
| CITY OF FOREST PARK, GA; | ) 1:22-CV-02748-CAP-RDC |
| LATRESA AKINS-WELLS, in her Individual capacity | ) |
| DEFENDANTS. | ) |

## CERTIFICATE OF SERVICE

I certify that on September 30, 2022 I electronically filed the foregoing **Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement** with CM/ECF which will automatically send notification of such filing to the following counsel of record:

Michael M. Hill
Shaheem M. Williams
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
mhill@ fmglaw.com
shaheem.williams@fmglaw.com

Karen Woodward
Cruser, Mitchell, Novitz, Gaston & Zimet, LLP
Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
kwoodward@cmlawfirm.com

        *s/ Jackie Lee*
        Jackie Lee
        Georgia Bar No. 419196