IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NATHANIEL CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | |
| vs. | ) | 1:22-cv-02748-CAP |
| | ) | |
| CITY OF FOREST PARK, GA, and | ) | |
| LATRESA AKINS-WELLS, in her | ) | |
| Individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LATRESA AKINS-WELLS'
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

COMES NOW Defendant Latresa Akins-Wells and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, N.D.Ga., hereby files and serves this Certificate of Interested Persons and Corporate Disclosure Statement:

(1) The undersigned Counsel of Record for defendants in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff: Nathaniel Clark

Defendants: Latresa Akins-Wells
City of Forest Park, Georgia

(2) The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

AXA S.A.

AXA XL Insurance

Greenwich Insurance Company

Jackie R. Lee, Esq.

Lee Law Firm, LLC

XL America, Inc.

(3) The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

(a) **For Plaintiff:**

Jackie Lee
LEE LAW FIRM, LLC
1100 Peachtree St., NE, Ste. 250
Atlanta, GA 30309

(b)   For Defendant City of Forest Park

Michael M. Hill
Shaheem M. Williams
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339

(c)   For Defendant Akins-Wells

Karen E. Woodward
CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP
Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

Respectfully submitted, this 7th day of October, 2022.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

<u>/s/ Karen E. Woodward</u>
Karen E. Woodward
Georgia Bar No. 775260
Email:  kwoodward@cmlawfirm.com
Direct Dial:  404-881-2623

*Counsel for Defendant*
*Latresa Akins-Wells*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

# **CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**

The undersigned attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

This 7th day of October, 2022.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Karen E. Woodward*
Karen E. Woodward
Georgia Bar No. 775260

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day electronically filed a copy of the within and foregoing **DEFENDANT LATRESA AKINS-WELLS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically serve an electronic copy of same upon the following counsel of record:

Jackie Lee
LEE LAW FIRM, LLC
1100 Peachtree St., NE, Ste. 250
Atlanta, GA 30309
jackie@leelawga.com
*(Attorney for Plaintiff)*

Michael M. Hill
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
mhill@fmglaw.com
*(Attorney for the City of Forest Park)*

This 7th day of October, 2022.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Karen E. Woodward*
Karen E. Woodward
Georgia Bar No. 775260