IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NATHANIEL CLARK,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO.: |
| | ) 1:22-CV-02748-CAP-RDC |
| v. | ) |
| | ) |
| **CITY OF FOREST PARK, GA;** | ) |
| **LATRESA AKINS-WELLS,** *in her* | ) |
| *individual capacity* | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and the Defendants herein, and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees and costs.

Respectfully submitted this 27th day of December, 2022.

[*Signatures on following page*]

WE CONSENT AND SO STIPULATE:

| **LEE LAW FIRM, LLC** | **FREEMAN MATHIS & GARY, LLP** |
|---|---|
| */s/ Jackie Lee* | */s/ Michael M. Hill* |
| Jackie Lee | Michael M. Hill |
| Georgia Bar No. 419196 | Georgia Bar No. 770486 |
| 695 Pylant Street N.E. #105 | Shaheem M. Williams |
| Atlanta, GA 30306 | Georgia Bar No. 666654 |
| T: 404.301.8973 | 100 Galleria Parkway, Suite 1600 |
| E: jackie@leelawga.com | Atlanta, GA 30339 |
|  | T: 770-818-0000 |
| *Counsel for Plaintiff* | F: 770-937-9960 |
| *Nathaniel Clark* | E: mhill@fmglaw.com |
|  | E: shaheem.williams@fmglaw.com |
|  |  |
|  | *Counsel for Defendant* |
|  | *City of Forest Park, Georgia* |

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

*/s/ Karen E. Woodward*
Karen E. Woodward
Georgia Bar No. 775260
Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
T:  404-881-2623
E:  kwoodward@cmlawfirm.com

*Counsel for Defendant*
*Latresa Akins-Wells*